UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **ERICA SHIELDS** | : | Case No. 1:18-cv-593-SJD-KLL |
| Plaintiff, | : | |
| | : | Judge Susan J. Dlott |
| v. | : | Magistrate Judge Karen L. Litkovitz |
| | : | **ORDER GRANTING MOTION TO SUBMIT** |
| **SINCLAIR MEDIA III INC.** | : | **SUPPORTING DOCUMENTATION** |
| | : | **RELEVANT TO MOTION TO WITHDRAW** |
| Defendant. | : | **UNDER SEAL FOR *IN CAMERA* INSPECTION** |
| | : | |

This matter came before the Court upon Plaintiffs' counsel's Motion to Submit Supporting Documentation Relevant to Motion to Withdraw Under Seal for *In Camera* Inspection. Based upon all of the things properly before the Court, the Court hereby **GRANTS** said motion, and grants leave to movants' to submit materials supporting the motion to withdraw under seal and for an *in camera* inspection.

SO ORDERED.

_____
United States District Judge

OR

*/s/ Karen L. Litkovitz*
United States Magistrate Judge