## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: November 23, 2022

Mr. Richard W. Nagel
U.S. District Court
for the Southern District of Ohio
100 E. Fifth Street
103 Potter Stewart U.S. Courthouse
Cincinnati, OH 45202

      Re: Case No. 21-3954, *Erica Shields v. Sinclair Media III Inc.*
           Originating Case No. 1:18-cv-00593

Dear Mr. Nagel:

  Enclosed is a copy of the mandate filed in this case.

                                            Sincerely yours,

                                            s/Patricia J. Elder, Senior Case Manager
                                              for Michelle Lambert, Case Manager

cc:  Ms. Tessa Leigh Castner
      Mr. Richard Lawrence Moore
      Ms. Jennifer A. Rulon
      Ms. Erica Shields

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 21-3954

_____

Filed: November 23, 2022

ERICA SHIELDS

    Plaintiff - Appellant

v.

SINCLAIR MEDIA III INC.

    Defendant - Appellee

## MANDATE

Pursuant to the court's disposition that was filed 11/01/2022 the mandate for this case hereby issues today.

COSTS: None